PENNIMAN *& a. v.* JONES *& a.*

When a member of a copartnership confederates with a third person to defraud the firm, the third person is properly made a defendant in a bill in equity to compel an accounting.

BILL IN EQUITY, alleging that the plaintiffs, and all the defendants except Stark, had been copartners, and that Jones, who was manager of the firm business, had combined with Stark in certain transactions to defraud the firm, and praying that Stark be compelled to account. Stark answered, denying the allegations of the bill, and moved to dismiss it as to himself.   Reserved.

*Wadleigh & Wallace,* for the plaintiffs.

*Bailey,* for Stark.

ALLEN, J.   Jones, with whom Stark was jointly interested in the transactions complained of, was a member of the plaintiffs' firm, and could not be sued at law and be made plaintiff and defendant in the same suit.   Equity was the appropriate remedy for the fraudulent alienation and conversion of the partnership funds, and Stark was properly made a defendant in the proceeding.

*Motion denied.*

STANLEY, J., did not sit.